IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALAN DALE BLAIR,
      Petitioner,

vs.                         CASE NO.: 5:08cv264/RS/MD

WALTER A. MCNEIL,
      Respondent.

_____

## O R D E R

      Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1).  However, petitioner has neither paid the $5.00 filing fee nor applied for leave to proceed *in forma pauperis*.  Petitioner's case cannot proceed until he either pays the filing fee or files a complete application for leave to proceed *in forma pauperis*.  A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in petitioner's inmate trust account for the past six months).

      Accordingly, it is ORDERED:

      1.  The Clerk shall forward to the petitioner a form application for leave to proceed *in forma pauperis*.  This case number shall be written on the form.

      2.  Within **thirty (30) days** of the date of this order, petitioner shall either pay the $5.00 filing fee in full, or submit a complete application for leave to proceed *in forma pauperis*.  Failure to do so may result in a recommendation to the District Court that this case be dismissed.

      DONE AND ORDERED this 4th day of September, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**