IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALAN DALE BLAIR,
    Petitioner,

vs.                                          5:08cv264/RS/MD

WALTER MCNEIL,
    Respondent.

_____

**O R D E R**

This cause is before the court upon respondent's response to petition for writ of habeas corpus (doc. 13). Before the court rules on this matter, the petitioner shall have an opportunity to reply.

Accordingly, it is ORDERED:

Petitioner shall have thirty (30) days from the date this order is entered on the docket in which to reply to the response filed by respondent.

DONE AND ORDERED this 29th day of January, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE