IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALAN DALE BLAIR,

       Petitioner,

vs.                                     CASE NO. 5:08cv264/RS-MD

WALTER A. McNEIL,

       Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 17) and Petitioner's Objections (Doc. 19). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's 28 U.S.C. §2254 Petition For Writ of Habeas Corpus (Doc.1), which challenges the conviction and sentence in *State of Florida v. Alan Dale Blair* in the Circuit Court of Escambia County, Florida, Case No. 02-5914, is denied.

3. This case is dismissed.

4.      The clerk is directed to close the file.

**ORDERED** on June 23, 2009.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**